[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:     (1)     ROLANDA CRUDUP            Case No. 19-25042

           (2)

Debtor(s).                                            Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**     (1)     1664 MILLWALK DRIVE #1
                            MEMPHIS, TN 38116

**PLAN PAYMENT:**

     DEBTOR (1) shall pay $ **$105.00 PER MONTH**

         ( ) PAYROLL DEDUCTION from:                                   **OR (X) DIRECT PAY**

     DEBTOR (2) shall pay $

         ( ) PAYROLL DEDUCTION from:                                   **OR ( ) DIRECT PAY**

1.     **THIS PLAN [Rule 3015.1 Notice]:**

    (A)     CONTAINS A NON-STANDARD PROVISION. [See Plan Provision #19]     **( ) YES ( X ) NO**

    (B)     LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF     **(X) YES ( ) NO**
         THE COLLATERAL FOR THE CLAIM. [See Plan Provision #7 and #8]

    (C)     AVOIDS A SECURITY INTEREST OR LIEN. [See Plan Provision #12]     **( ) YES ( X ) NO**

2.     **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3.     **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance
                                                                      at Section 341 Meeting of Creditors.

4.     **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to**:**     **Monthly Plan Payment**

    NONE                                   Ongoing Payment Begins:                                     $
                                         Approximate Arrearage:                                         $

5.     **PRIORITY CLAIMS:**

    NONE                                   Amount:                                                        $

6.     **HOME MORTGAGE CLAIMS:** ( ) Paid Directly by Debtor(s); **OR** ( ) Paid by Trustee to:

    NONE                                   Ongoing Payment Begins:                                     $
                                         Approximate Arrearage:                                         $
                                         Ongoing Payment Begins:                                     $
                                         Approximate Arrearage:                                         $

7.     **SECURED CLAIMS:**

| [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)] | Value of Collateral: | Rate of Interest: | **Monthly Plan Payment** |
|---|---|---|---|
| TITLEMAX<br>(2000 Buick Park Avenue) | $1,000 | 5.25% | $20.00 |

In Re ROLANDA CRUDUP
Page # 2 of Plan

**8.    SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain Lien 11 U.S.C. Sec. 1325(a)]    Value of Collateral    Rate of Interest:    **Monthly Plan Payment**

NONE                                                                                                                                $
                                                                                                                                    $

**9.    SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

NONE                                    Collateral:
                                        Collateral:

**10.    SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest: | **Monthly Plan Payment** |
|---|---|---|---|
| WINBRANCH COMPLEX | $1,066 | 0% | $20.00 |

**11.    STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

NONE                         ( ) Not provided for    **OR**    ( ) General unsecured creditor
                             ( ) Not provided for    **OR**    ( ) General unsecured creditor

**12.    THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

**13.    ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14.    ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:**    $8,000

**15.    THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( X ) 10%,    **OR**

( )    THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16.    THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

WINBRANCH COMPLEX                                       (X) Assumes    **OR**    ( ) Rejects.
                                                        ( ) Assumes    **OR**    ( ) Rejects.

**17.    COMPLETION:**    Plan shall be completed upon payment of the above in approximately **60** months.

**18.    FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

**19.    NON-STANDARD PROVISION(S):**

NONE

**ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

**20.    CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Brad George (TN #17994)                                    **DATE:** July 1, 2019
Counsel for Debtor(s)
2400 Poplar Avenue #460
Memphis, TN  38112
(901) 323-1311